UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-48 |
| | ) | (PHILLIPS/SHIRLEY) |
| RONALD WAGONER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER EXTENDING TIME FOR COMMITMENT FOR
MENT AL EXAMINATION AND EVALUATION**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the June 24, 2005 request of Warden Joe W. Booker, Jr., Federal Medical Center, Lexington, Kentucky, for a sixty-day extension of time for the defendant's mental evaluation. This Court ordered [Doc. 9] the defendant to report on May 10, 2005, to the United States Marshals to be transported to a federal medical facility as designated by the Bureau of Prisons. On June 21, 2005, the Court received the return [Doc. 11] on the order of commitment stating that the defendant had been delivered to FMC Lexington on June 16, 2005. The Warden requests sixty days from the date of the defendant's arrival in order to allow time for a thorough examination in light of the large number of persons currently under evaluation at the facility. Finding that good cause for an extension has been

1

shown, the Court **GRANTS** the requested extension. The staff at FMC Lexington has sixty (60) days from June 16, 2005, to evaluate the defendant pursuant to the guidelines in the Court's original order of commitment [Doc. 9].

    **IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

2

Case 3:05-cr-00048-TWP-CCS   Document 12   Filed 07/06/05   Page 2 of 2   PageID #: 6