**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-48 |
| | ) | (PHILLIPS/SHIRLEY) |
| **RONALD WAGONER,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court upon defendant Ronald Wagoner's motion for bond [Doc. 34]. Defendant filed this motion *pro se*. Because defendant is represented by counsel, defendant's motion is **DENIED.**

**IT IS SO ORDERED.**

              **ENTER:**

              s/Thomas W. Phillips
              UNITED STATES DISTRICT JUDGE