UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-48 |
| | ) | (PHILLIPS/SHIRLEY) |
| RONALD WAGONER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER EXTENDING TIME FOR COMMITMENT FOR
MENTAL EXAMINATION AND EVALUATION**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the August 28, 2006 request of Warden A.F. Beeler, Federal Correctional Complex, Butner, North Carolina, for a fifteen-day extension of time for Defendant's mental evaluation. On August 1, 2006, this Court ordered [Doc.48] that Defendant be committed to the United States Marshals to be transported to a federal medical facility as designated by the Bureau of Prisons. On August 23, 2006, Defendant was admitted to the Mental Health Unit of the Federal Correctional Complex ("FCC") in Butner, North Carolina. The Warden requests that Defendant's evaluation period begin on the date of his arrival and be extended for an additional fifteen (15) days so as to complete the interviews and testing necessary to complete Defendant's evaluation. Thereby, the evaluation period would end on **October 6, 2006**. Finding that good cause for an extension has been shown, the Court **GRANTS** the requested extension. The staff at FCC Butner has until **October 6, 2006**, to

complete their evaluation of Defendant pursuant to the guidelines in the Court's original order of commitment [Doc. 48].

    **IT IS SO ORDERED.**

                              ENTER:

                              <u>   s/ C. Clifford Shirley, Jr.   </u>
                              United States Magistrate Judge