**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. 3:05-CR-48 |
| | ) (PHILLIPS/SHIRLEY) |
| **RONALD WAGONER,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

This matter comes before the Court upon defendant Ronald Wagoner's letter regarding his evaluation [Doc. 49] dated September 13, 2006. To the extent that defendant has filed any motions within the text of the letter, such motions are considered *pro se.* Because defendant is represented by counsel, any *pro se* motions filed by defendant are **DENIED.**

IT IS SO ORDERED.

**ENTER:**

s/Thomas W. Phillips
UNITED STATES DISTRICT JUDGE