UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| V. | ) | No. 3:05-CR-48 |
| | ) | (PHILLIPS/SHIRLEY) |
| | ) | |
| RONALD WAGONER | ) | |

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I understand that right.

_____ I HEREBY WAIVE my right to a detention hearing.

_____ I HEREBY WAIVE my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

__X__ I HEREBY WAIVE my right to a detention hearing at this time, and reserve the right to move for detention hearing at a later date.

_Ron Wagoner_   10-20-06
DEFENDANT                     Date

_[signature]_
COUNSEL FOR DEFENDANT or Deputy Clerk

APPROVED: _C. Clifford Shirley_
United States Magistrate Judge